## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MERRILL PRIMACK,<br>on behalf of plaintiff and the class defined below,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE PROTECT 24/7, INC.,<br>and JOHN DOES 1-10,<br><br>        Defendants. | Case No. 1:16-cv-5249 |

## NOTICE OF SETTLEMENT

Defendant Life Protect 24/7, Inc., ("Life Protect" or "Defendant"), through undersigned counsel, hereby submits this Notice of Settlement to inform the Court that continued settlement discussions between the parties have resulted in an agreement in principal being reached, and the parties are in the process of documenting the terms of the agreement. The parties anticipate that the settlement will be finalized and a Stipulation for Dismissal will be filed with the Court within the next thirty days. In the interim, the parties request that all deadlines in the matter be stayed or vacated.

Respectfully submitted this 13th day of July 2016.

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

        By:    *s/ Richard B. Benenson*
                Richard B. Benenson, #32566
                410 Seventeenth Street
                Suite 2200
                Denver, Colorado 80202
                Phone:  303.223.1100
                Fax:  303.223. 1111
                Email:  rbenenson@bhfs.com

*Attorneys for Defendant Life Protect 24/7, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of July 2016, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed with the Clerk of Court, which will send notification of such filing to all counsel of record.

                                      *s/ Allecia Cavallaro*
                                      Allecia Cavallaro, paralegal