IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL PRIMACK, on behalf of plaintiff and the class defined below, <br><br>        Plaintiff, <br><br>        v. <br><br>LIFE PROTECT 24/7, INC., and JOHN DOES 1-10, <br><br>        Defendants. | Case No. 1:16-cv-5249 |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice, and with each party bearing its own costs and attorneys' fees. This stipulation of dismissal disposes of the entire action.

By: /s/ Dulijaza Clark

**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
Daniel A. Edelman
Dulijaza (Julie) Clark
20 S. Clark Street, Suite 1500
Chicago, IL 60603
P: (312) 739-4200
F: (312) 419-0379
*Counsel for Plaintiff*

By: /s/ Richard B. Benenson

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Richard B. Benenson
410 Seventeenth Street
Suite 2200
Denver, Colorado 80202
Phone: 303.223.1100
Fax: 303.223. 1111
Email: rbenenson@bhfs.com
*Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 14, 2016, she caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy upon all counsel of record.

                                                                                */s/ Dulijaza Clark*
                                                                                 Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)